THERESA LYNCH, Respondent, *v.* THE FIRST NATIONAL BANK OF JERSEY CITY, Appellant.

(Argued January 20, 1890 ; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 9, 1889, which reversed a judgment in favor of defendant and granted a new trial.

Agree to affirm. Order and judgment absolute ordered on stipulation, with costs.

*Hamilton Wallis* for appellant.

*Abram Kling* for respondent.

Agree to affirm ; no opinion.
All concur, except FINCH and GRAY, JJ., dissenting.
Judgment accordingly.

---

HARRIET BEAL, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued January 21, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 1, 1886, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial without a jury.

*C. W. White* for appellant.

*C. D. Prescott* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.